■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BONDS, Also Known as ROBERT BOND, Appellant.— Upon reargument, the court adheres to its original determination unanimously affirming the judgment, Supreme Court, New York County (Frederick Berman, J.), rendered on November 21, 1983. No opinion. Concur—Carro, J. P., Bloom, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONNIE SCOTT, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on October 12, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Fein and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN GIBSON, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on or about October 1, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Fein and Rosenberger, JJ.